**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY COURTHOUSE**

| | |
|---|---|
| DUSTIN GORDON, | ) Case No.: 2:10-cv-02161-JTM-KGS |
| | ) |
| Plaintiff, | ) |
| | ) **VOLUNTARY DISMISSAL** |
| v. | ) |
| | ) |
| ER SOLUTIONS, INC | ) |
| | ) |
| Defendant. | ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

DUSTIN GORDON (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ER SOLUTIONS, INC (Defendant), in this case.

Dated: June 21, 2010                     KROHN & MOSS, LTD.

                                         By: _____/s/ Raymond Probst___
                                         Raymond Probst
                                         Bar No. KS20370
                                         Attorneys for Plaintiff
                                         Krohn & Moss, Ltd.
                                         827 Armstrong Ave.
                                         Kansas City, KS 66101